AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
for the
District of Connecticut

APR 1 2022 AM 11:15
FILED_M- USDC - BPT- C

Roiland gotiangco
_Petitioner_

v.

Case No. 3:22 cv 479 (JAM)
_(Supplied by Clerk of Court)_

warden Danbury
_Respondent_
(name of warden or authorized person having custody of petitioner)

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

**Personal Information**

1. (a) Your full name: ~~Roiat~~ Roiland gotiangco
   (b) Other names you have used:

2. Place of confinement:
   (a) Name of institution: Danbury
   (b) Address: Route 37
   Danbury ct 06811
   (c) Your identification number: 87070-054

3. Are you currently being held on orders by:
   ☒ Federal authorities    ☐ State authorities    ☐ Other - explain:

4. Are you currently:
   ☐ A pretrial detainee (waiting for trial on criminal charges)
   ☒ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
   If you are currently serving a sentence, provide:
   (a) Name and location of court that sentenced you: Southern District ny newyork
   (b) Docket number of criminal case: 19 cr 558
   (c) Date of sentencing: 8/10/21
   ☐ Being held on an immigration charge
   ☐ Other _(explain)_:

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Decision or Action You Are Challenging

5.  What are you challenging in this petition:

    ☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

    ☐ Pretrial detention

    ☐ Immigration detention

    ☐ Detainer

    ☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)

    ☐ Disciplinary proceedings

    ☒ Other *(explain):* __IMPLEMENTATION OF FSA CREDITS FOR 2022.__

6.  Provide more information about the decision or action you are challenging:

    (a) Name and location of the agency or court: __FCI DANBURY__

    (b) Docket number, case number, or opinion number: _____

    (c) Decision or action you are challenging *(for disciplinary proceedings, specify the penalties imposed)*:
    __1) FSA CREDIT ALLOCATION FOR 2022__
    __2) DENIAL OF HOME CONFINEMENT BASED ON CARES ACT.__

    (d) Date of the decision or action: _____

## Your Earlier Challenges of the Decision or Action

7.  **First appeal**

    Did you appeal the decision, file a grievance, or seek an administrative remedy?

    ☐ Yes   ☐ No

    (a) If "Yes," provide:

    (1) Name of the authority, agency, or court: _____

    (2) Date of filing: _____

    (3) Docket number, case number, or opinion number: _____

    (4) Result: _____

    (5) Date of result: _____

    (6) Issues raised: _____

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(b) If you answered "No," explain why you did not appeal: _____

8. **Second appeal**

   After the first appeal, did you file a second appeal to a higher authority, agency, or court?
   ☐ Yes            ☐ No
   (a) If "Yes," provide:
      (1) Name of the authority, agency, or court: _____
      (2) Date of filing: _____
      (3) Docket number, case number, or opinion number: _____
      (4) Result: _____
      (5) Date of result: _____
      (6) Issues raised: _____

   (b) If you answered "No," explain why you did not file a second appeal: _____

9. **Third appeal**

   After the second appeal, did you file a third appeal to a higher authority, agency, or court?
   ☐ Yes            ☐ No
   (a) If "Yes," provide:
      (1) Name of the authority, agency, or court: _____
      (2) Date of filing: _____
      (3) Docket number, case number, or opinion number: _____
      (4) Result: _____
      (5) Date of result: _____
      (6) Issues raised: _____

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(b) If you answered "No," explain why you did not file a third appeal:

10. **Motion under 28 U.S.C. § 2255**

   In this petition, are you challenging the validity of your conviction or sentence as imposed?

   ☐ Yes    ☐ No

   If "Yes," answer the following:

   (a) Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

   ☐ Yes    ☐ No

   If "Yes," provide:
   (1) Name of court:
   (2) Case number:
   (3) Date of filing:
   (4) Result:
   (5) Date of result:
   (6) Issues raised:

   (b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

   ☐ Yes    ☐ No

   If "Yes," provide:
   (1) Name of court:
   (2) Case number:
   (3) Date of filing:
   (4) Result:
   (5) Date of result:
   (6) Issues raised:

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: _____

11. **Appeals of immigration proceedings**

Does this case concern immigration proceedings?

☐ Yes ☐ No

If "Yes," provide:

(a) Date you were taken into immigration custody: _____
(b) Date of the removal or reinstatement order: _____
(c) Did you file an appeal with the Board of Immigration Appeals?

☐ Yes ☐ No

If "Yes," provide:
(1) Date of filing: _____
(2) Case number: _____
(3) Result: _____
(4) Date of result: _____
(5) Issues raised: _____

(d) Did you appeal the decision to the United States Court of Appeals?

☐ Yes ☐ No

If "Yes," provide:
(1) Name of court: _____
(2) Date of filing: _____
(3) Case number: _____

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

      (4) Result: _____
      (5) Date of result: _____
      (6) Issues raised: _____
_____
_____
_____
_____

12. **Other appeals**

    Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

    ☐ Yes         ☐ No

    If "Yes," provide:

    (a) Kind of petition, motion, or application: _____
    (b) Name of the authority, agency, or court: _____

    (c) Date of filing: _____
    (d) Docket number, case number, or opinion number: _____
    (e) Result: _____
    (f) Date of result: _____
    (g) Issues raised: _____
_____
_____
_____
_____
_____

## Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

**GROUND ONE:** INABILITY OF FCI DANBURY TO APPLY FIRST STEP ACT CREDITS ACCRUED IN 2022 TO MR. GOTIANGCO'S SHORT INCARCERATION TERM WHICH ALREADY HAS AN APPROVED HOME CONFINEMENT DATE OF 11/22.

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
MR. GOTIANGCO HAS AN APPROVED HOME CONFINMENT DATE OF 11/22. HOWEVER, IF 2022 CREDITS IN WHICH HE HAS ALREADY ACCRUED 15 DAYS PER MONTH (JAN-MAR) IN ADDITION TO ADDITIONAL MONTHS HE WILL STILL BE INCARCERATED, MR. GOTIANGCO'S DATE CAN BE MOVED FORWARD TO 6/2022 - 7/2022.

(b) Did you present Ground One in all appeals that were available to you?
☒ Yes        ☐ No

GROUND TWO: MR GOTIANGCO HAS BEEN DENIED THE CARES ACT DUE TO FCI DANBURY NOT HAVING MEDICAL RECORDS SUGGESTING BEING AT RISK FOR COVID. MR. GOTIANGCO HAS SINCE SENT INFO TO FCI DANBURY SHOWING MEDICAL HISTORY.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
MR. GOTIANGCO HAS SENT FCI DANBURY MEDICAL HISTORY SHOWING HEART DEFECT. HEART DEFECT CAUSES MR. GOTIANGCO TO HAVE IRREGULAR HEART RHYTHM WHICH IN THE PAST CAUSED FAINTING SPELL.

(b) Did you present Ground Two in all appeals that were available to you?
☒ Yes        ☐ No

**GROUND THREE:**

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Three in all appeals that were available to you?
☐ Yes        ☐ No

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:**

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Four in all appeals that were available to you?
☐ Yes    ☐ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not:

**Request for Relief**

15. State exactly what you want the court to do: ENSURE THAT FCI DANBURY BASED ON THE GUIDELINES SET FORTH IN THE FIRST STEP ACT, ON A MONTHLY BASIS RECALCULATES FSA CREDITS FOR MR. GOTIANGCO. THIS IS AN EMERGENCY PETITION SINCE MR. GOTIANGCO IS ELIGIBLE FOR HOME CONFINEMENT. ANY CREDIT ACCRUED IN 2022, CAN MOVE FORWARD HOME CONFINEMENT TIMELINE. DUE TO FCI DANBURY BEING IN "RED" STATUS, NO PROGRAMING IS AVAILABLE THUS ENSURING 15 DAYS PER MONTH CREDIT WHILE MR. GOTIANGCO IS INCARCERATED. THESE CREDITS WHICH HE HAS ALREADY ATTAINED SINCE JAN 2022 CAN MOVE HIS APPROVED HOME CONFINEMENT TO JULY 2022.

AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:

_____

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: __3/14/22__                              _____
                                                *Signature of Petitioner*


                                               _____
                                               *Signature of Attorney or other authorized person, if any*